Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

__Civil_____ Division

Erika L. Van Croft )
)
)
*Plaintiff(s)* )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
John Shi, Owner and )
Hunan Dynasty Restaurant of )
)
)
*Defendant(s)* )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.) )

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ✔ No

# COMPLAINT FOR A CIVIL CASE

**I.  The Parties to This Complaint**

**A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Erika L. Van Croft |
| Street Address | 614 S. 4th St |
| City and County | Philadelphia, Philadelphia County |
| State and Zip Code | 19147 |
| Telephone Number | 202-681-2038 |
| E-mail Address | erikalaws1@gmail.com |

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | John Shi |
| Job or Title *(if known)* | Owner |
| Street Address | 215 PENNSYLVANIA AVE SE |
| City and County | Washington, District of Columbia |
| State and Zip Code | District of Columbia 20003 |
| Telephone Number | (202) 546-6161 |
| E-mail Address *(if known)* | unknown |

Defendant No. 2

| | |
|---|---|
| Name | Hunan Dynasty |
| Job or Title *(if known)* | Corporation |
| Street Address | 215 PENNSYLVANIA AVE SE |
| City and County | Washington, District of Columbia |
| State and Zip Code | District of Columbia 20003 |
| Telephone Number | (202) 546-6161 |
| E-mail Address *(if known)* | unknown |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**II.    Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Erika L. Van Croft, is a citizen of the State of *(name)* Pennsylvania.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* John Shi, is a citizen of the State of *(name)* unknown. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* Hunan Dynasty, is incorporated under the laws of the State of *(name)* District of Columbia, and has its principal place of business in the State of *(name)* District of Columbia.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Negligence by the Defendants, endangering the life of the Plaintiff; the pain and suffering experienced by the Plaintiff as a result of the Defendants' gross negligence and gross indifference, and medical costs of the Plaintiff.

The Plaintiff is seeking compensation in excess of $75,000.00 plus all legal costs inclusive of all court costs and legal fees.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On September 2, 2023, the Plaintiff ordered a meal from Hunan Dynasty Restaurant. The meal listed the ingredients, which did not incorporate nuts, nor did the picture of the meal ordered by the Plaintiff on the Defendant's menu display nuts in the meal. The Plaintiff is severely allergic to nuts. The Defendant negligently incorporated nuts into the meal of the Plaintiff without the Plaintiff's knowledge or consent. When the Plaintiff contacted the Defendant regarding this incident and the defendant confirmed nuts were placed in the meal and was hostile towards the Plaintiff.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff suffered severe anaphylactic shock requiring emergency medical treatment, immediate transportation via ambulance and hospitalization, and causing life threatening injuries and severe pain to the Plaintiff as a result of the Defendant's negligence. The Plaintiff is entitled to punitive and actual damages for the injuries and suffering caused to her by the Defendants' negligence and indifference.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/1/2025

Signature of Plaintiff:
Printed Name of Plaintiff: Erika L. Van Croft

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

United States District Court
for the
Eastern District of Pennsylvania
Civil Division

Erika L. Van Croft                    Case No. _____

- v -

John Shi, Owner and
Hunan Dynasty Restaurant
of Washington, DC

Complaint For A Civil Case

Below is the Plaintiff's wet signature for the above captioned case

signed _Erika L Van Croft_
Printed _Erika L. Van Croft_
Date: September 2, 2025